# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AMALIA BECERRIL BLANCAS,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 1:25-cv-00714-JLT-SAB

ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER

(ECF No. 10)

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows[1]:

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff: | June 8, 2026 |
| 2. | Expert Disclosure Deadline: | June 15, 2026 |
| 3. | Rebuttal Expert Disclosure Deadline: | July 6, 2026 |
| 4. | Expert Discovery Deadline: | July 20, 2026 |

The Court denies the parties' request to modify the stipulated dispositive motion deadline to September 14, 2026, as doing so would leave insufficient time for the District Judge to rule on the motion before the pre-trial conference. The parties remain free to reconsider consenting to a Magistrate Judge. See 28 U.S.C. § 636(c)(2).

IT IS SO ORDERED.

Dated:    **April 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The pre-trial conference and trial dates remain the same. (See ECF No. 9.)