# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA BECERRIL BLANCAS,<br>Plaintiff,<br>v.<br>FORD COMPANY INC.,<br>Defendant. | Case No. 1:25-cv-00714-JLT-SAB<br>ORDER RE: REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 14) |

Before the Court is the parties' joint request for an extension of time to file dispositional documents. (ECF No. 14.) For good cause shown, the Court hereby grants the request and ORDERS that the parties shall have through **January 4, 2027**, to file dispositional documents. Any further extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge